UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Crim. No. 1:12-cr-266-01, -03 (RWR) |
| | ) | |
| **SERGIO GONZALEZ-BENCOMO** | ) | |
|    a.k.a. "Juan Manuel Rivas" | ) | |
|    a.k.a. "Mane" | ) | |
|    a.k.a. "Manny" | ) | |
|    a.k.a. "Cuba" and | ) | |
| | ) | |
| **ORAL GEORGE THOMPSON,** | ) | |
|    a.k.a. "Chad," | ) | |
| | ) | |
|    **Defendants.** | ) | |

## JOINT PRE-TRIAL STATUS REPORT

The United States, by and through its attorney the United States Department of Justice, Narcotic and Dangerous Drug Section, defendant Sergio Gonzalez-Bencomo (hereinafter, "defendant Bencomo"), and defendant Oral George Thompson (hereinafter, "defendant Thompson") hereby respectfully submit to this Court a Joint Pre-Trial Status Report in connection with the above-captioned criminal case. For the reasons discussed below, the parties respectfully request that the Court schedule a status hearing in this case on October 9, 10, 14 (prior to 4:00 p.m.), or any date thereafter convenient to the Court. In support of the joint request, the parties state the following:

    1.    Defendants Thompson and Bencomo, co-defendant Dwight Warren Knowles, a.k.a. "Arizona" (hereinafter, "co-defendant Knowles"), and two other co-defendants, were indicted in criminal case number 12-cr-266 (RWR) on December 12, 2012, by a federal grand jury in the District of Columbia. The indictment charged all five defendants with conspiring to distribute, and possess with intent to distribute, five kilograms or more of cocaine on board an

aircraft owned by a United States citizen and registered in the United States, and aiding and abetting, in violation of 21 U.S.C. §§ 959(b), 960 and 963, and 18 U.S.C. § 2.  The Indictment also included forfeiture allegations naming all five defendants.  On December 12, 2012, Magistrate Judge John Facciola, United States Magistrate Judge for the District of Columbia, ordered the issuance of warrants for the arrest of the defendants on the charges in the Indictment.

2. On March 28, 2014, pursuant to a formal request by the United States, defendant Thompson was extradited from Colombia to the United States and transported to this Court for his initial appearance pursuant to the charge in this case.  Since that date, the Government has produced, and continues to produce on a rolling basis, voluminous discovery to defendant Thompson.  The discovery includes over 25,000 audio recordings of wiretap calls and over 1,000 text messages.  A majority of the communications are in two foreign languages (Spanish and Jamaican Patois).  On May 8, 2014, defendant Bencomo was extradited from Colombia to the United States.  Since defendant Bencomo's initial appearance on May 9, 2014, the Government has also produced to him a large quantity of audio and documentary evidence in this case on a rolling basis.  At this time, defendant Bencomo has waived his speedy trial rights while he reviews the large quantity of evidence in this case.  (Defendant Bencomo has reserved the right to withdraw that waiver.)  Defendant Thompson has demanded a speedy trial.

3. During a status hearing in this case on July 9, 2014, in response to a motion by the Government, the Court designated the case complex for speedy trial purposes based on the large quantity of evidence, including thousands of foreign-language audio recordings.  As a result, the Court determined that a reasonable amount of time should be excluded from the speedy trial clock in the interests of justice to permit the parties sufficient time to effectively

prepare for trial in this case, including soliciting and obtaining transcriptions and translations of the audio calls and coordinating the receipt of evidence and the transportation of witnesses located abroad. (As a courtesy, the Government has offered to produce, has been producing on a rolling basis, and will produce copies of draft transcriptions and translations of audio calls, text messages, and email messages in this case to the defendants.)

4. In August 2014, the Government learned that, pursuant to an approval by the Supreme Court of Colombia, the extradition of co-defendant Knowles from Colombia to the United States was scheduled for a date between September 22 and October 3, 2014. (In the interests of security, at the direction of the United States Marshals Service ("USMS"), the exact date of that extradition flight is not listed in this filing. That information can be provided to the Court by the Government.) Upon entry into the United States, co-defendant Knowles will be transported to this District by USMS.

5. As the extradition to the United States of co-defendant Knowles, the last remaining co-defendant of defendants Thompson and Bencomo in this case, will occur on or prior to October 3, 2014, the parties request that the Court schedule a status hearing in this case on October 9, 10, 14 (prior to 4:00 p.m.), or any date thereafter convenient to the Court. The parties believe that scheduling a status hearing on or after those dates will permit sufficient time for co-defendant Knowles to be transported to this District post-extradition, to be assigned defense counsel, to have his initial appearance and detention hearings before this Court, to receive and preliminarily review voluminous discovery in this case, and to engage in initial plea negotiations with the Government.

6. The Government has consulted counsel for defendants Bencomo and Thompson,

and each is available on the dates noted herein and each has authorized the Government to file this Joint Status Report on behalf of the parties.

    WHEREFORE, for the foregoing reasons, the United States, defendant Thompson, and defendant Bencomo respectfully request that this Court grant the parties' joint request to schedule a status hearing in this matter.

Respectfully submitted this 16th day of September 2014.

                                  ARTHUR WYATT, Chief
                                  Narcotic and Dangerous Drug Section

        By:       _____/s/_____
                Paul Joseph (D.C. Bar # 448495)
                Jamie Perry
                Trial Attorneys
                Narcotic and Dangerous Drug Section
                U.S. Department of Justice / Criminal Division
                145 N Street, Northeast
                Second Floor, East Wing
                Washington, DC 20530
                Office: (202) 514-9644
                Fax: (202) 514-0483
                Paul.Joseph2@usdoj.gov