**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DWIGHT WARREN KNOWLES (2),**<br>    a.k.a. "Arizona" and<br><br>**ORAL GEORGE THOMPSON (3),**<br>    a.k.a. "Chad,"<br><br>           **Defendants.** | **CRIM. NO. 1:12-cr-266-02, -03 (RWR)** |

**GOVERNMENT'S MOTION FOR PROTECTIVE ORDER**

COMES NOW the United States of America, by and through the undersigned attorney, and hereby moves the Court to issue a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, prohibiting the defendants and counsel from copying, disseminating or otherwise disclosing certain information produced by the Government through discovery.

This case involves facts related to a large international drug trafficking organization that has ties to multiple countries, including Colombia, Venezuela, the Bahamas, Haiti, the Dominican Republic, Belize, Panama, Honduras, and the United States. The materials disclosed to the defense reveal an expansive investigation that targets numerous indicted and unindicted co-conspirators, including some who remain fugitives and may be aware of the investigation in the case. These facts and circumstances raise serious concerns for the safety of witnesses, their families and the individuals who have participated in the investigation.

2

As part of discovery in this investigation, the Government has produced to both defendants and their counsel a large quantity of wiretap recordings, email messages, text messages and photographs pertaining to the international drug conspiracy charged in this case. The materials produced to date contain names, telephone numbers, email addresses, residential addresses, and photographs, of targets of ongoing criminal investigations as well potential Government witnesses in this and related criminal cases. The Government has also provided copies of law-enforcement sensitive investigative reports. Additionally, the Government has agreed to provide the defense with a draft trial exhibit list on or before April 20, 2015, when its supplemental 404(b) motion is due.

With this in mind, the Government seeks a protective order subjecting certain produced discovery, including the draft trial exhibit list to be disclosed to the defense shortly, to the following terms and conditions:

a. That the wiretap recordings, email messages, text messages, photographs, and law enforcement reports provided by the Government to defense counsel in electronic format on compact disks ("CDs") or via email shall not be copied, duplicated, replicated, or transferred, in whole or in part, in any way, except as provided below or to a member of the defense team as defined below;

b. Defense counsel shall review the terms of the protective order with defendants and defense team, and confirm that the defendants and the defense team understand the terms and consequences of the protective order;

c. Defense counsel can make copies of the protected discovery and trial exhibit list for review with defendants; however, these copies of the protected discovery, whether in paper

3

or electronic form, shall be returned and therefore remain in the custody and control of defense counsel or the defense team at all times;

    d.      The "Defense team" is defined as a person who is subject to the jurisdiction of the Court and a partner or associate in defense counsels' law firms or is employed by defense counsel as an employee, defense expert, or agent, and is assigned to assist in the preparation of this case, but may not include any co-defendants, their family members, or their agents or anyone else not specifically authorized and covered by the protective order;

    e.      Defense counsel may copy the protected discovery and exhibit list onto their laptops and/or onto their offices' secure servers to be viewed only by members of the defense team who shall abide by the terms of the protective order;

    f.      The protected discovery shall be maintained at all times within the custody of the defense team, except while being utilized as provided for in the protective order;

    g.      The protected discovery will not be disclosed, in whole or in part, by the defense team to any person other than the defendant, unless: (1) that person is a member of the defense team and assigned and cleared to assist in the preparation of this case; (2) such disclosure is reasonably necessary to advance the preparation of this case, and (3) such person is provided with a copy of this protective order and agrees to abide by its terms;

    h.      Defendants may view the protected discovery only for the purpose of assisting in their defense during the preparation of this case, but may not share, discuss, or transfer the contents of, or information contained in, the materials with anyone other than cleared members of their respective defense teams, to include but not limited to other co-defendants and their

4

agents, other than his defense counsel or defense team, and may not maintain copies of the protected discovery outside of the presence of members of the defense team; and

      i.      At the conclusion of the criminal case, including the final determination of any appeal, defense counsel and members of their defense team shall return to the Government all protected discovery, including copies, received or made pursuant to this Protective Order.

WHEREFORE, based upon the foregoing information, the United States respectfully requests that this Court grant the Government's Motion for a Protective Order, as described herein.

Respectfully submitted this 30th day of March 2015.

                ARTHUR WYATT, Chief
                Narcotic and Dangerous Drug Section

      By:      ___/s/ *Paul Joseph*_____
                Paul Joseph (D.C. Bar # 448495)
                Trial Attorney
                Narcotic and Dangerous Drug Section
                U.S. Department of Justice / Criminal Division
                145 N Street, Northeast
                Second Floor, East Wing
                Washington, DC 20530
                Office: (202) 514-9644
                Fax: (202) 514-0483
                Paul.Joseph2@usdoj.gov

5
**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the defendants, this 30th day of March 2015.

                                            /s/ *Paul Joseph*
                                            Paul Joseph
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            Department of Justice