**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br>**FILED UNDER SEAL**<br><br>**DWIGHT WARREN KNOWLES (2),**<br>    a.k.a. "Arizona" and<br><br>**ORAL GEORGE THOMPSON (3),**<br>    a.k.a. "Chad,"<br><br><br>                    **Defendants.** | **CRIM. NO. 1:12-cr-266-02, -03 (RWR)** |

### GOVERNMENT'S SUPPLEMENTAL MOTION REGARDING 404(b) EVIDENCE

The United States of America, by and through counsel, respectfully supplements its motion asking this Court to admit all relevant evidence of the multi-year, multi-member, complex international narcotics trafficking conspiracy as either direct evidence and/or evidence that is inextricably intertwined with the charged crime against Defendants Knowles and Thompson.  As noted in its Position on 404(b) Evidence filed on January 15, 2015 (ECF#55), in the alternative, the Government seeks to admit all relevant evidence in this case pursuant to Rule 404(b) of the Federal Rules of Evidence.  On February 20, 2015, Defendant Knowles filed his opposition to the Government's Position on 404(b) Evidence, and included a motion asking the Court to order the Government to provide a bill of particulars.  On Monday, February 23, 2015, Defendant Thompson filed a motion seeking to join Defendant Knowles' Motion Opposing the Government's Position on 404(b) Evidence and request for a bill of particulars.  During the

1

motions hearing on March 18, 2015, the Court granted Defendant Thompson's request to join Defendant Knowles' motion opposing the Government's 404(b) filing. The Court also granted the parties request that the Government agree to prepare and disclose its draft trial exhibit list in advance of the scheduling of a trial date, thus rendering the defendants motion for a bill of particulars moot and permitting the defendants an opportunity subsequently to challenge specific items of evidence on 404(b) grounds. As a result, the Court continued the motions hearing, ordering the Government to file its draft exhibit list on or before April 20, 2015, and ordering the defendants to file any response on or before May 4, 2015. The Court permitted the Government to reply within 7 days to any defense response. The motions hearing was continued until May 20, 2015.

As ordered by this Court, the Government hereby files its unredacted, draft trial exhibit list, attached hereto as Exhibit 1, to supplement its earlier 404(b) filing. The Government also notes that, as a courtesy to the defendants, the Government is providing directly to the defendants draft translations of the Government's foreign language trial exhibits. Counsel for both defendants have previously agreed in writing not to use any line sheets or draft transcriptions/translations provided to them by the Government in discovery for purposes of impeachment or in any way during the course of trial to impeach the integrity of the final transcripts or any witness.

On March 30, 2015, the Government filed a motion for a protective order (ECF#66) prohibiting the defendants from copying, disseminating, or otherwise disclosing discovery produced by the Government in this case. Neither defendant responded to the motion within the response time allowed by the Court. The Government asks that the Court include the attached

draft exhibit list as well as any draft translations provided to the defendants as materials subject to any protective order issued in this case.

The attached unredacted draft exhibit list has been prepared for the parties and the Court in preparation for a motions hearing scheduled for May 20, 2015, concerning 404(b) and bill of particular issues.  The Government may supplement the draft exhibit list with additional non-404(b) evidence to include the use of United States-registered aircraft during the dates of the charged conspiracy in this case.

## Conclusion

As noted in its original filing, in accordance with the governing and long-standing practice in this jurisdiction, the Government respectfully moves that the Court find that all the proposed trial evidence in this case is inextricably intertwined with the charged conspiracy and is therefore not 404(b) evidence.  In the alternative, if Court disagrees and finds that the evidence does qualify as permissible 404(b) evidence, the Government moves for admission of the aforementioned evidence consistent with Rule 404(b) of the Federal Rules of Evidence.

Respectfully submitted this 20th day of April 2015.

        Arthur Wyatt, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, DC 20530

By:      *-s-*_____
        Paul Joseph
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, DC 20530
        202-514-9644
        Paul.Joseph2@usdoj.gov

        and

By:   _____*-s-*_____
Brian Sardelli
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, DC 20530
202-598-2950
Brian.Sardelli2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the defendants, this 20th day of April 2015.

Arthur Wyatt, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, DC 20530

By:   _____*-s-*_____
Paul Joseph
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, DC 20530
202-514-9644
Paul.Joseph2@usdoj.gov

and

By:   _____*-s-*_____
Brian Sardelli
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Division
Washington, DC 20530
202-598-2950
Brian.Sardelli2@usdoj.gov