UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DWIGHT WARREN KNOWLES (2),
a.k.a. "Arizona" and

ORAL GEORGE THOMPSON (3),
a.k.a. "Chad,"

Defendants.

CRIM. NO. 1:12-cr-266-02, -03 (RWR)

## PROTECTIVE ORDER

In light of the potential harm to the Government's ongoing criminal investigations, and for good cause shown, as outlined in the Government's Motion filed on March 30, 2015, it is hereby:

ORDERED that

a. Any copies of wiretap recordings, email messages, text messages, photographs, law enforcement reports and the Government's trial exhibit list made by defense counsel for review with defendants shall be returned by defendants and therefore remain in the custody and control of defense counsel or the defense team at all times;

b. The protected discovery will not be disclosed, in whole or in part, by the defense team to any person other than the defendants, unless: (1) that person is a member of the defense team and assigned and cleared to assist in the preparation of this case; (2) such disclosure is

reasonably necessary to advance the preparation of this case, and (3) such person is provided with a copy of this protective order and agrees to abide by its terms;

  c. Defense counsel shall review the terms of the protective order with defendants and defense team, and confirm that the defendants and the defense team understand the terms and consequences of the protective order;

ORDERED that the aforementioned materials produced in discovery be returned promptly to the Government at the close of trial.

**IT IS SO ORDERED.**     _____
               The Honorable Chief Judge Richard Roberts
               United States District Judge

Date: 5/20/15