


No 2013-170-003000-3
Fecha Radicado: 20/08/2013 09:20:04

Bogotá D.C., Agosto 13 de 2013
Oficio No. 0178 J.UNAIM/*Derechos de Petición*

Doctor
**FRANCISCO JAVIER ECHEVERRI LARA**
Director de Asuntos Internacionales
Ciudad

**Referencia:** devuelve DERECHO DE PETICION

Cordial Saludo.

Por medio del presente, siguiendo instrucciones del Jefe de Unidad, me permito devolver el derecho de petición que se allegara a esta Jefatura interpuesto por el señor ORAL GEORGE THOMPSON previa verificación en los sistemas de información con que cuenta esta Unidad y consultados todos y cada uno de los despachos; a su vez se informa que por parte de la Unidad Nacional Antinarcóticos e Interdicción Marítima no se adelantó diligencia alguna con respecto a este ciudadano.

Lo anterior para su conocimiento y fines pertinentes.

Atentamente,

**JUAN CARLOS ACEVEDO VANEGAS**
Fiscal jefe Unidad Nacional de Fiscalías
Antinarcóticos y de Interdicción Marítima-UNAIM

Proyectó: Angela L. Daza D
Anexo lo enunciado

Case 1:12-cr-00266-ABJ   Document 104-1   Filed 10/09/15   Page 2 of 2

Prosecutor general of the nation

Office of international affairs

No.2013-170-003000-3
Date filed: 20/08/2013  09:20:04

Bogota d.c august, 13, 2013
Work no.0178 j.unaim/ rights of petition

doctor
Francisco Javier echeverri lara
Director of international affairs (city)

Reference : return right of petition
Cordially, salute

On behalf of the present, Following instructions of the head of the unit , permit me to return the right of petition, that has reached this head office, presented by mr. oral george Thompson, previous verification in the systems of information on which this unit counts, and consulted all and everyone of the dispatch, an inform you , that on behalf of the anti-narcotics and marine interdiction unit, did not forward any diligence of any kind, with respect to this citizen..

The anterior for your knowledge and pertinent ends.

Attentively,

Juan carlos acevedo vanegas
Head fiscal, national unit of fiscals.
Anti-narcotics and marine interdiction-u.n.a.i.m