

**FISCALIA**
GENERAL DE LA NACION



Al contestar hacer referencia al Radicado No. 20131700052861
21-08-2013
Página 1 de 1

DAI

Bogotá, D.C.

Señor
**ORAL GEORGE THOMPSON (TD 75466)**
Patio 12
Centro Penitenciario y Carcelario "La Picota"
Km 5 Vía Usme
Bogotá - D.C.

**ASUNTO: Solicitud presentada por ORAL GEORGE THOMPSON.**

Respetado señor Thompson:

Con el fin de dar alcance a nuestro oficio 20131700049721 del 8 de agosto de 2013, de manera atenta me permito acompañar el oficio 0178 J.UNAIM del 13 de agosto de 2013, por medio del cual el Jefe de la Unidad Nacional Antinarcóticos y de Interdicción Marítima de la Fiscalía General de la Nación informa que esa Unidad no adelantó diligencia relacionada con Usted.

Cordialmente,

**LILIANA ROMERO TOVAR**
Directora de Asuntos Internacionales (e.)

Anexo: 1 folio.
Proyectó:- GGE 21-08-2013

DIRECCION DE ASUNTOS INTERNACIONALES
DIAGONAL 22 B (Avda. Luis Carlos Galán) No. 52 - 01 EDIFICIO (C), PISO 4 BOGOTA, D.C
CONMUTADOR 570 2000 – 414 9000 EXT.2560/2562/2563 FAX 2564 – 2579
dirasuint@fiscalia.gov.co - www.fiscalia.gov.co

Prosecutor general of the nation

To answer make reference to the file no. 20131700052861
21-08-2013

Dai
Bogota, d.c

Mr.oral george Thompson (td.75466)     floor 12

Central penitentiary and jail "la picota"

Affair : request presented by oral george thompson

Respected. Mr Thompson:
With the end of giving reach to our file 20131700049721 of the 08 of august,2013,in the most attented manner permit me accompany the file 0178 j.u.n.a.i.m, of the 13 of august, 2013, for on behalf of which the head of the national anti-narcotics and marine interdiction unit of the fiscal general of the nation, inform that this unit did not do any diligence in relation with you…

Cordially: liliana romero tovar
Director of international affairs (e)

Attached; 1 folio
Project:gge 21-08-2013

Direction of international affairs
Diagonal 22b (avda. Luis carlos galan ) no.52-01 edificio (c) piso 4 bogota, d.c
Conmutador. 570-2000-414 9000 ext.2560/2562/2563/ fax, 2564-2579
        dirasuint@fiscalia.gov.co--www.fiscalia.gov.co