**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs.                      ) | Cr. No. 12-266-03 (RBW) |
| ) | |
| ) | |
| ORAL GEORGE THOMPSON      ) | |
| _____) | |

**DEFENDANT'S MOTION FOR COUNSEL TO WITHDRAW FROM REPRESENTATION AND FOR SUBSTITUTION OF APPOINTED COUNSEL**

Counsel for Oral George Thompson respectfully moves this honorable court, pursuant to Local Criminal Rule 44.5(d) and the Sixth Amendment to the United States Constitution, for leave to withdraw from representation of the Defendant and for the appointment of new counsel in substitution pursuant to the Criminal Justice Act. In support thereof, counsel states:

1.  The defendant is charged with Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 5 Kilograms of Cocaine on Board of an Aircraft Registered in the United States (and Aiding & Abetting), in violation of 21 U.S.C. §§ 959, 960 & 963 (and 18 U.S.C. § 2).

2. Counsel has learned recently of an *ex parte pro se*

request made by the Defendant to appoint new counsel in substitution for undersigned counsel.

    3. Defendant Thompson has expressed his dismay with counsel's diligence and performance, and has accused counsel of acts which, if true, may constitute violation of his attorney client privilege of confidentiality, obstruction of justice, failure to investigate defenses, willful and unnecessary delay of the proceedings, collusion with the United States, failure to inform the Defendant about evidence intended for use against him at trial by the United States, and making misrepresentations to the Defendant about evidence in the case, among other things.

    4. The mere existence of the accusations create a conflict of interest between client and counsel and make it impossible for counsel to effectively represent the Defendant without a founded fear of further accusations being made and fearing a protracted effort to defend counsel from serious accusations of ethical and professional lapses. Counsel is prohibited by D.C. Rule of Professional Conduct 1.7(b)(4) from representing or continuing to represent a client between whom the attorney and client have or may develop adverse interests. Counsel's interest in defending his behavior and reputation conflict where a client has made accusations of misconduct that call upon a lawyer to defend their advice and actions (or inaction) during the representation of a client. Where, like here, a client accuses

his attorney of professional misconduct, counsel's ability to zealously advocate on behalf of his client's interests is compromised by fear of an impending investigation or the fear of needing to defense oneself from such accusations. Such a predicament necessarily entails a conflict of interest between attorney and client, and withdrawal from representation is mandated by D.C. Rule of Professional Conduct 1.7(d).

5. The attorney-client relationship necessary and vital to effective representation has irretrievably broken down and made effective communication between counsel and client impossible.

WHEREFORE, for the above-mentioned reasons and those that may appear upon a further hearing, counsel respectfully requests that this motion be granted and that leave of counsel to withdraw from further representation be granted and that new counsel be appointed in substitution under the Criminal Justice Act.

Respectfully submitted,

*Cary Clennon*
CARY CLENNON, Bar #366816
Counsel for Oral George Thompson
Appointed by the Court

P.O. Box 29302
Washington, D.C. 20017
Phone: (202) 269-0969
Email: clennonlegal@hotmail.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing pleading and was filed via the Court's ECF system and a copy mailed to the Defendant properly addressed to 1901 D Street, NW, Washington, D.C., 20003, first-class postage prepaid, on this 3rd day of November, 2015.

                                                            *Cary Clennon*
                                                         CARY CLENNON