# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Crim. Action No. 12-266 (2) (3) (ABJ) |
| ) | |
| DWIGHT KNOWLES (2),      ) | |
| ORAL GEORGE THOMPSON (3) ) | |
| ) | |
| Defendants.          ) | |

## SCHEDULING ORDER

After considering the stipulation of counsel and the representations made at the status conference held in this case on April 6, 2016, it is hereby

**ORDERED** that the following schedule shall apply:

1) Defendant Knowles' motion to dismiss the Indictment shall be filed on or before April 11, 2016;

2) The government's opposition shall be due on April 25, 2016;

3) Defendant Knowles' reply will be due on May 2, 2016;

4) A motions hearing will be held on May 19, 2016 at 10:00 a.m. in Courtroom 3;

5) The parties must submit a Joint Pretrial Statement by June 16, 2016;

6) The pretrial conference will be held on June 30 at 10:00 a.m. in Courtroom 3; and

7) Trial will commence on July 12, 2016, at 9:30 a.m.

If either the hearing or pretrial conference date above poses a scheduling conflict, the parties may contact the Court's Deputy Clerk to propose a set of mutually convenient alternatives for the Court's consideration in light of its calendar. Any motion to extend a date for the submission of a pleading to the Court must be filed at least two business days before the date to be extended.

## JOINT PRETRIAL STATEMENT

The Joint Pretrial Statement must include:

a) a one-paragraph joint statement of the case for the Court to read to prospective jurors;

b) an estimate of the number of days the trial is anticipated to last.

c) a list of all outstanding motions in limine;

d) proposed *voir dire* questions that indicate:

   i. the *voir dire* questions on which the parties agree; and

   ii. the *voir dire* questions on which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

e) proposed jury instructions that indicate

   i. the instructions on which the parties agree; and

   ii. the instructions on which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority.

   iii. Any agreed instructions contained in the Standardized Criminal Jury Instructions for the District of Columbia need not be separately provided but should be identified by number. Any other proposed instructions must be provided to the Court in their entirety and should be formatted so that each individual jury instruction begins on a new page, with the source and supporting authority noted at the bottom of the page, followed by any objections and the grounds therefor.

f) a list of expert witnesses, accompanied by a brief description of each witness' area of expertise and expected testimony, followed by specific objections (if any) to each witness;

g) a list of prior convictions that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

h) a list of exhibits, followed by numbered copies of the exhibits, that each party intends to offer during trial (except that if the total number of pages exceeds 25, the parties should submit the

exhibits in a separate binder, with a list that specifies those exhibits to which there is an objection. Exhibits will be presumed authentic unless an objection to their authenticity is noted on the Joint Pretrial Statement.

i) <u>any stipulations</u>, signed by counsel and the defendants;

j) a list of any <u>matters of which the parties seek the Court to take judicial notice</u>, along with the proposed language; and

k) <u>a proposed verdict form</u>, as well as proposed special interrogatories (if any), that includes a date and signature line for the jury foreperson.

**SO ORDERED**.

*[signature: Amy B. Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE:  April 6, 2016